DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DEJAN CIPROVSKI** and
**AMYEE C. CROOKS,**
Appellants,

v.

**STEPHEN M.A. CROOKS,**
Appellee.

No. 4D2025-2065

[June 24, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Reid Parker Scott, II, Judge; L.T. Case No. 502022CA010343XXXXMB.

Anthony J. Carriuolo, Berger Singerman, LLP, Fort Lauderdale, for appellants.

No appearance for appellee.

PER CURIAM.

Dejan Ciprovski and Amyee C. Crooks appeal the circuit court's order clarifying its final judgment. The underlying judgment was entered after Stephen Crooks filed a complaint to partition real property. At issue in this appeal is the distribution of sale proceeds after the partition.

In the initial final judgment, the circuit court determined $181,635.88 was to be assessed against Stephen Crooks' portion of the ultimate sale. After the sale, in the amended judgment, the circuit court lowered the amount assessed against Stephen Crooks to $109,969.21. But then the circuit court subtracted the total amount of the sale by $109,969.21, effectively assessing all parties equally for the amount that was intended to be assessed against Stephen Crooks. Based on this error, we reverse.

On remand, the circuit court shall amend the final judgment to distribute the sale proceeds in the manner provided in *Biondo v. Powers*, 743 So. 2d 161, 164 (Fla. 4th DCA 1999), and section 64.071, Florida Statutes (2025). Specifically, from the $435,809.89 sale proceeds,

Stephen Crooks should be awarded $35,300.75, and Dejan Ciprovski and Amyee C. Crooks should each be awarded $200,254.57.

The remainder of the final judgment is affirmed.

*Affirmed in part, reversed in part, and remanded.*

KUNTZ, C.J., MAY and GERBER, JJ., concur.

*  *  *

**Not final until disposition of timely-filed motion for rehearing.**